1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  RODNEY OWEN SKURDALL,

11           Petitioner,                    No. CIV S-07-1245 JAM KJM P

12      vs.

13  KUMA J. DEBOO, et al.,                  ORDER AND

14           Respondents.                   FINDINGS AND RECOMMENDATIONS

15  _____/

16          Petitioner, a federal prisoner proceeding pro se, filed a petition for writ of habeas

17  corpus pursuant to 28 U.S.C. § 2241.  Examination of the in forma pauperis application reveals

18  that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in

19  forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

20          In his petition, petitioner challenges the conditions of his confinement, not the

21  fact that he is in custody or the duration of his sentence.  A civil rights action rather than a

22  petition for writ of habeas corpus is the method for challenging conditions of confinement in

23  federal court.  Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1974).  Therefore the court will

24  recommend that this action be dismissed without prejudice to petitioner filing an action for

25  violation of civil rights under Bivens v. Six Unknown Named Federal Narcotics Agents, 403

26  /////

1

1  U.S. 388 (1971).  Petitioner is cautioned that if he elects to file a <u>Bivens</u> action, the filing fee,

2  which petitioner will be allowed to pay in installments, is $350.00.

3            In accordance with the above, IT IS HEREBY ORDERED that:

4            1.  Petitioner's request for leave to proceed in forma pauperis is granted; and

5            2.  The Clerk of the Court shall send petitioner the court's form-complaint for

6  violations of civil rights alleged by persons in federal custody.

7            IT IS HEREBY RECOMMENDED that this action be dismissed without

8  prejudice to petitioner filing an action for violation of civil rights under <u>Bivens v. Six Unknown</u>

9  <u>Named Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

10           These findings and recommendations are submitted to the United States District

11  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

12  days after being served with these findings and recommendations, plaintiff may file written

13  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

14  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

15  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

16  F.2d 1153 (9th Cir. 1991).

17  DATED:  May 2, 2008.

18  _____

19  U.S. MAGISTRATE JUDGE

20  1
skur1245.100(12.5.07)

21

22

23

24

25

26